**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00968-CV

### DAVID SCOT LYND, Appellant

### V.

### BASS PRO OUTDOOR WORLD INC., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-9862-C**

## ORDER

Before the Court is appellee's June 17, 2013 motion to strike appellant's brief or, alternatively, a motion for extension of time to file a brief. In response to this Court's May 14, 2013 notice of a deficient brief, appellant filed a motion asking this Court to accept his brief. By order dated May 22, 2013, the Court granted appellant's motion to accept his brief and filed it in as of that date. Accordingly, we **DENY** appellee's motion to the extent that it requests that the Court strike appellant's brief. We **GRANT** appellee's motion to the extent it asks for an extension of time to file a brief. Appellee shall file its brief within **THIRTY DAYS** of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE